**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANKIT SANKIT,<br>A-Number 226048421,<br><br>  Petitioner,<br><br>  v.<br><br>DAVID A. MARIN, Field Office Director, et al.,<br><br>  Respondents. | Case No. 1:26-cv-01086 KES SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE THIS CASE<br><br>Doc. 10 |

Sankit Sankit, A-Number 22604842, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the duration of his continued detention. The magistrate judge observed that Sankit has been detained approximately two months and found the detention "does not qualify as unreasonably prolonged as to violate his Fifth Amendment due process rights." Doc. 10 at 4; *see also id.* at 2-4. The magistrate judge recommended the Court dismiss the petition without prejudice. *Id.* at 4.

On February 12, 2026, the findings and recommendations were served upon all parties and contained notice that any objections were to be filed within 21 days after service. Doc. 10 at 4. The Court advised that "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* at 5 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). No objections were filed by either party, and the time to do so has expired.

1

In accordance with 28 U.S.C. § 636 (b)(1), the Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court **ORDERS**:

1. The findings and recommendations issued on February 12, 2026 (Doc. 10), are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   March 13, 2026

_____
UNITED STATES DISTRICT JUDGE

2